IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RANDAL C. WRIGHT, JR.,**

**Plaintiff,**

**v.**

**ERIC STATEN, Individually and
VILLAGE OF EAST ALTON,
a Municipal Corporation,**

**Defendant.**                            **No. 07-cv-0416-DRH**

## ORDER

**HERNDON, District Judge:**

Pending before the Court is the parties' Stipulation for Dismissal (Doc. 10). Specifically, the parties stipulate to dismiss this cause of action with prejudice. Pursuant to the stipulation, the Court **DISMISSES with prejudice** this cause of action. Further, the Clerk of the Court shall enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 6th day of September, 2007.

/s/      DavidRHerndon
**United States District Judge**