IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RANDALL C. WRIGHT, JR.,**

    **Plaintiff,**

  vs.                                    Cause No.  07-CV-416 DRH

**ERIC STATEN, Individually and**
**VILLAGE OF EAST ALTON,**
a Municipal Corporation,

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.--------------------------------------------------------------------------

                                                            **NORBERT G. JAWORSKI, CLERK**

September 6, 2007                                    By:  s/Patricia Brown
                                                                   Deputy Clerk

APPROVED: /s/      DavidRHerndon
                **U.S. DISTRICT JUDGE**